JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JESUS MOISES ROMERO ALONSO,

Petitioner,

v.

J. JOHNSON, et al.,

Respondents.

Case No. 5:26-cv-04148-JAK-PD

**JUDGMENT**

**A# 241-958-189**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Ordering Release,

IT IS ADJUDGED that the Petition is granted in part. The due process claim and warrantless arrest claim are granted, and the remaining claims are dismissed without prejudice.

The Clerk of the Court is directed to Close this case.

DATED: November 9, 2026

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE